**The Honorable James L. Robart**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> EVA C. GAINZA, <br><br> Defendant/Judgment Debtor, <br><br> and <br><br> SKANSKA USA, <br><br> Garnishee. | NO. 2:07-MC-00104-JLR <br><br> (2:97-CR-0245-1) <br><br> [Proposed] Order Terminating Garnishment Proceeding |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding. For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

IT IS ORDERED that the garnishment is terminated and that Sanka USA is relieved of further responsibility pursuant to this garnishment.

//

DATED this 6th day of July, 2021.

_____
JUDGE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE